# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02215-BNB

Wesley McGee,

    Plaintiff/Movant,

Verifacts, Inc.,

    Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 16, 2014

    Respectfully submitted,

    By: __/s/ Jenny DeFrancisco_____

    Jenny DeFrancisco, Esq.
    CT Bar No.: 432383
    LEMBERG LAW LLC
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    E-mail: jdefrancisco@lemberglaw.com
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 16, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By * /s/ Jenny DeFrancisco*
                   Jenny DeFrancisco, Esq.