## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02215-BNB

Wesley McGee,

      Plaintiff/Movant,

Verifacts, Inc.,

      Defendant.

---

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

---

     Wesley McGee ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 3, 2014

               Respectfully submitted,

               By   */s/ Jenny DeFrancisco*

               Jenny DeFrancisco, Esq.
               LEMBERG LAW, L.L.C.
               1100 Summer Street, 3rd Floor
               Stamford, CT 06905
               Telephone: (203) 653-2250
               Facsimile:  (203) 653-3424
               E-Mail: jdefrancisco@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 3, 2014, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.